IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-00089-02-CR-W-HFS |
| | ) | |
| LARRY E. MOSBY, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Larry E. Mosby appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) to a lesser-included offense of Count One of the Indictment, charging him with a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, that is, Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine. Defendant Mosby also agreed to forfeit to the United States the property described in the Forfeiture Allegation of the Indictment. The Plea Agreement states that the Government agrees to dismiss Counts Two, Three, and Four of the Indictment at the time of sentencing.

I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Larry E. Mosby's plea of guilty be accepted and that defendant Mosby be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1).

        */s/ Lajuana M. Counts*
        Lajuana M. Counts
        United States Magistrate Judge